SOUTER, and JUSTICE GINSBURG would grant the application for stay of execution.

No. 02–9941 (02A842). BRAMBLETT v. TRUE, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 02–10026 (02A869). BRAMBLETT v. TRUE, WARDEN. Sup. Ct. Va. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

APRIL 10, 2003

No. 02–9086. ABDUR'RAHMAN v. BELL, WARDEN. C. A. 6th Cir. Certiorari before judgment dismissed under this Court's Rule 46.2.

APRIL 18, 2003

No. 02–182. GEORGIA v. ASHCROFT, ATTORNEY GENERAL, ET AL. D. C. D. C. [Probable jurisdiction noted, 537 U. S. 1151.] Motion of the Solicitor General for divided argument granted.

No. 02–299. ENTERGY LOUISIANA, INC. v. LOUISIANA PUBLIC SERVICE COMMISSION ET AL. Sup. Ct. La. [Certiorari granted, 537 U. S. 1152.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–306. BENEFICIAL NATIONAL BANK ET AL. v. ANDERSON ET AL. C. A. 11th Cir. [Certiorari granted, 537 U. S. 1169.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–371. VIRGINIA v. HICKS. Sup. Ct. Va. [Certiorari granted, 537 U. S. 1169.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–469. BLACK & DECKER DISABILITY PLAN v. NORD. C. A. 9th Cir. [Certiorari granted, 537 U. S. 1098.] Motion of